IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH V. DIFELICE, JR. : | CIVIL ACTION NO. 02-3641 |
| : | |
| V. : | |
| : | |
| AETNA/U.S. HEALTHCARE, ET AL. : | |

## NOTICE OF APPEAL

Joseph V. DiFelice, Jr., plaintiff, appeals to the United States Court of Appeals for the Third Circuit the Order of the United States District Court for the Eastern District of Pennsylvania dated July 30, 2002 entered on July 31, 2002 granting the Motion of defendant AETNA/U.S. Healthcare and dismissing plaintiff's Complaint against AETNA/U.S. Healthcare with prejudice. Specifically, plaintiff appeals "paragraph 1" of the United States District Court's July 30, 2002 Order.

                LAW OFFICES OF JAMES I. DEVINE


        BY: _____
                JAMES I. DEVINE
                Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH V. DIFELICE, JR. | : | CIVIL ACTION NO. 02-3641 |
| | : | |
| V. | : | |
| | : | |
| AETNA/U.S. HEALTHCARE, ET AL. | : | |

## **CERTIFICATE OF SERVICE**

I do hereby certify that service of a true and correct copy of the within Notice of Appeal was served to the following by first class mail:

Cathy A. Wilson, Esquire          Michael O. Pitt, Esquire
White & Williams                  Kilcoyne & Associates
1500 Lancaster Avenue             Suite 216 – Hickory Pointe
Paoli, PA  19301-1500             Plymouth Meeting, PA  19462

Amalia Romanowicz, Esquire
Jonathan B. Sprague, Esquire
Post & Schell
1800 JFK Blvd.
19th Floor
Philadelphia, PA  19103

                                  LAW OFFICE OF JAMES I. DEVINE


DATE: _____      BY: _____
                                  JAMES I. DEVINE
                                  Attorney for Plaintiff