IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH V. DIFELICE, JR. | : | CIVIL ACTION NO.  02-3641 |
| | : | |
| V. | : | |
| | : | |
| AETNA/U.S. HEALTHCARE, ET AL. | : | |

**PLAINTIFF'S RESPONSE TO AETNA/U.S. HEALTHCARE'S
<u>MOTION TO DISMISS</u>**

Plaintiff requests that the Court deny the instant motion as moot, given plaintiff's stipulation to dismiss Aetna/U.S. Healthcare as a party to this action, with prejudice.

Respectfully submitted,

_____
JAMES I. DEVINE, ESQUIRE
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH V. DIFELICE, JR. | : | CIVIL ACTION NO. 02-3641 |
| | : | |
| V. | : | |
| | : | |
| AETNA/U.S. HEALTHCARE, ET AL. | : | |

**PLAINTIFF'S BRIEF IN SUPPORT OF RESPONSE TO AETNA/U.S. HEALTHCARE'S MOTION TO DISMISS**

  Joseph V. DiFelice, Jr., plaintiff, by his undersigned counsel, forwarded to counsel for Aetna/U.S. Healthcare a Stipulation to Dismiss all claims and cross-claims against Aetna/U.S. Healthcare only, attached as Exhibit "A".  Consequently, the instant motion to dismiss should be denied as moot.

  WHEREFORE, plaintiff respectfully requests that the instant motion be denied as moot.

LAW OFFICES OF JAMES I. DEVINE

BY: _____
   JAMES I. DEVINE
   Attorney for Plaintiff,
   Joseph V. DiFelice, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH V. DIFELICE, JR. : CIVIL ACTION NO. 02-3641
:
V. :
:
AETNA/U.S. HEALTHCARE, ET AL. :

## **ORDER**

AND NOW, this          day of                , 2004, upon consideration of defendant Aetna/U.S. Healthcare's motion to dismiss and plaintiff's response thereto, it is hereby ORDERED that said motion is DENIED AS MOOT.

BY THE COURT:

_____
John P. Fullam,                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH V. DIFELICE, JR.          :     CIVIL ACTION NO.  02-3641
                                 :
    V.                           :
                                 :
AETNA/U.S. HEALTHCARE, ET AL.    :

CERTIFICATE OF SERVICE


       I do hereby certify that service of a true and correct copy of the Plaintiff's Brief in Support of Response to AETNA/U.S. Healthcare's Motion to Dismiss was served to the following by first class mail/postage pre-paid on September 13, 2004 to the following:

Cathy A. Wilson, Esquire
White & Williams
1500 Lancaster Avenue
Paoli, PA  19301-1500

Michael O. Pitt, Esquire
Kilcoyne & Associates
630 West Germantown Pike
Suite 121
Plymouth Meeting, PA  19462

Jonathan B. Sprague, Esquire
Post & Schell
Four Penn Center
1600 JFK Blvd
Philadelphia, PA  19103

                              LAW OFFICES OF JAMES I. DEVINE


DATE:_____          BY:  _____
                                       JAMES I. DEVINE
                                       Attorney for Plaintiff