IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOSEPH P. DEFELICE, JR.          :       CIVIL ACTION


            v.                   :
                                         NO. 02-3641
AETNA/U.S. HEALTHCARE,           :
ET AL.


**O R D E R**

        AND NOW, this  14th  day of July, 2005 it is Ordered
that counsel shall file with the court a written status report of
the case within ten (10) days from the date of this order.




ATTEST:                    or    BY THE COURT


BY:_____

    Rosalind Burton-Hoop                _____
    Courtroom Deputy                    John P. Fullam, Sr. J.


Civ 12 (9/83)
minuteo