IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH V. DIFELICE, JR. | : | CIVIL ACTION NO.  02-3641 |
| | : | |
| V. | : | |
| | : | |
| MICHAEL PICARIELLO, M.D., ET AL | : | |

### PLAINTIFF'S  CASE STATUS REPORT

Per the Court Order of July 14, 2005, the undersigned counsel hereby files the instant case status report

All parties have agreed to the following pretrial schedule:

Pretrial Discovery to be completed by October 31, 2005;

Plaintiff expert reports to be submitted by November 30, 2005; and

Defense expert and Defense medical exam/reports submitted by January 15, 2006. The parties have engaged in substantial discovery including obtaining/providing medical treatment records, the depositions of Dr. Sarah Fowler, Dr. Michael Picarello (started but not yet concluded) as well as several hospital employee depositions.  The conclusion of Dr. Picarello's deposition is scheduled for September 30, 2005 and Mr. DeFelice's deposition is scheduled for September 30, 2005 also.

Respectfully submitted,

_____
James I. Devine
Attorney for Plaintiff,
Joseph V. DiFelice, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH V. DIFELICE, JR.   :  CIVIL ACTION NO.  02-3641
          :
   V.       :
          :
MICHAEL PICARIELLO, M.D., ET AL :

## **CERTIFICATE OF SERVICE**

I do hereby certify that service of a true and correct copy of the Plaintiff's Response to Preliminary Objections was served to the following by facsimile and first class mail on July 22, 2005:

Cathy A. Wilson, Esquire    James Kilcoyne, Esquire
White & Williams      Kilcoyne & Associates
1500 Lancaster Avenue    60 West Germantown Pike, Suite 121
Paoli, PA  19301-1500    Plymouth Meeting, PA  19462


       LAW OFFICE OF JAMES I. DEVINE


DATE: _____  BY: _____
          JAMES I. DEVINE
          Attorney for Plaintiff