IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH V. DIFELICE, JR. | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | 02-3641 |
| v. | : | |
| | : | |
| MICHAEL PICARIELLO, M.D., ET AL. | : | |
| | : | |
| Defendants | : | |
| | : | |

**CASE STATUS REPORT OF DEFENDANT, THE CHESTER COUNTY HOSPITAL**

Per the Court Order of July 14, 2005, the undersigned counsel hereby files the instant case status report.

All parties have agreed to the following pretrial schedule:

Pretrial Discovery to be completed by October 31, 2005;

Plaintiff expert reports to be submitted by November 30, 2005; and

Plaintiff expert and Defense medical exam/reports submitted by January 15, 2006.

The parties have engaged in substantial discovery including obtaining/providing medical treatment records, the depositions of Dr. Sarah Fowler, Dr. Michael Picariello (started but not yet concluded) as well as several hospital employee depositions. The conclusion of Dr. Picariello's deposition is scheduled for September 30, 2005 and Mr. DiFelice's deposition is scheduled for September 30, 2005 also.

-2-

      Respectfully Submitted,

      WHITE AND WILLIAMS LLP

BY:
      <u>Cathy A. Wilson</u>
      Cathy A. Wilson, Esquire
      Attorney I.D. No. 38761
      One Westlakes
      1235 Westlakes Drive, Suite 310
      Berwyn, PA  19312-2416
      Phone: (610) 251-0466
      Attorney for Defendant, The Chester County Hospital

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH V. DIFELICE, JR. | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | 02-3641 |
| v. | : | |
| | : | |
| MICHAEL PICARIELLO, M.D., ET AL. | : | |
| | : | |
| Defendants | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, Cathy A. Wilson, Esq., counsel for Defendant, The Chester County Hospital, in the above-captioned matter, hereby certify that on July 25, 2005, I electronically filed and did cause to be deposited in the United States First Class Mail, postage prepaid, a true and correct copy of the Case Status Report of Defendant, The Chester County Hospital upon the following:

James I. Devine, Esquire
Law Offices of James I. Devine
509 Swede Street
Norristown, PA 19401

James P. Kilcoyne, Esquire
KILCOYNE & ASSOCIATES, LLC
630 W. Germantown Pike, Suite 121
Plymouth Meeting, PA   19462

                      WHITE AND WILLIAMS LLP


BY:   <u>Cathy A. Wilson</u>
       Cathy A. Wilson, Esquire
       One Westlakes
       1235 Westlakes Drive, Suite 310
       Berwyn, PA  19312-2416
       Phone: (610) 251-0466
       Attorney for Defendant, The Chester County Hospital