IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA CIVIL ACTION

| | |
|---|---|
| JOSEPH DIFELICE : | |
| : | |
| vs. : | No. 02-3641 |
| : | |
| AETNA/U.S. HEALTHCARE, et al. : | |

**STATUS REPORT OF DEFENDANTS, MICHAEL PICARIELLO, M.D., SARAH FOWLER, M.D. AND EAR, NOSE & THROAT ASSOCIATES <u>OF CHESTER COUNTY, INC</u>.**

The parties have agreed to the following schedule:

> Pretrial Discovery to be completed by October 31, 2005
> Plaintiff expert reports to be submitted by November 30, 2005; and
> Defense expert and Defense medical exam/reports submitted by
> January 15, 2006.

To date, the parties have engaged in substantial discovery including obtaining medical treatment records, the depositions of Dr. Sarah Fowler, Dr. Michael Picariello (started but not yet concluded) as well as several hospital employee depositions. The conclusion of Dr. Picariello's deposition is scheduled for September 30, 2005, and Mr. DeFelice's deposition is scheduled for September 30, 2005 also.

Respectfully Submitted,

KILCOYNE & ASSOCIATES, LLC

 JPK5534
JAMES P. KILCOYNE, ESQUIRE
Attorney ID #33070
630 West Germantown Pike, Suite 121
Plymouth Meeting, PA  19462
(610) 825-2833
Attorney for Defendants,
Michael Picariello, M.D., Sarah Fowler, M.D. and
Ear, Nose and Throat Assoc. of Chester County, Inc.