IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA CIVIL ACTION

JOSEPH DIFELICE

  vs.          No. 02-3641

AETNA/U.S. HEALTHCARE, et al.

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

 Kindly enter my appearance as counsel for defendants, Michael Picariello, M.D., Sarah Fowler, M.D. and Ear, Nose and Throat Assoc. of Chester County, Inc., only in the above-captioned matter.

            _JPK5534_____
            JAMES P. KILCOYNE, ESQUIRE
            Attorney I.D. # 33070
            KILCOYNE & ASSOCIATES, LLC
            630 West Germantown Pike, Suite 121
            Plymouth Meeting, PA  19462
            (610) 825-2833
            Attorney for Defendants,
            Michael Picariello, M.D., Sarah Fowler,
            M.D. and Ear, Nose and Throat Assoc. of
            Chester County, Inc.