IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA CIVIL ACTION

JOSEPH DIFELICE

    vs.                              No. 02-3641

AETNA/U.S. HEALTHCARE, et al.    :

### WITHDRAWAL OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly withdraw my appearance as counsel for defendants, Michael Picariello, M.D., Sarah Fowler, M.D. and Ear, Nose and Throat Assoc. of Chester County, Inc., only in the above-captioned matter.

                                                  _____
                                                  MICHAEL O. PITT, ESQUIRE
                                                  Attorney I.D. # 70139
                                                  KILCOYNE & ASSOCIATES, LLC
                                                  630 West Germantown Pike, Suite 121
                                                  Plymouth Meeting, PA  19462
                                                  (610) 825-2833
                                                  Attorney for Defendants,
                                                  Michael Picariello, M.D., Sarah Fowler,
                                                  M.D. and Ear, Nose and Throat Assoc. of
                                                  Chester County, Inc.