IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JOSEPH P. DIFELICE, JR. | Date of Notice:<br>: March 2, 2006 |
| vs. | : |
| MICHAEL PICARIELLO,<br>CHESTER COUNTY HOSPITAL,<br>ET AL. | : CIVIL ACTION NO. 02-3641 |

TAKE NOTICE that the above-captioned matter is scheduled for __NON-JURY TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on June 19, 2006, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

_____
Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON __3/2/06__ TO: James I. Devine, Esquire
Cathy A. Wilson, Esquire
James P. Kilcoyne, Esquire
Michael T. Taylor, Esquire