IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JOSEPH P. DIFELICE, JR. | : | Date of Notice:<br>March 6, 2006 |
| vs. | : |  |
| MICHAEL PICARIELLO,<br>CHESTER COUNTY HOSPITAL,<br>ET AL. | : | CIVIL ACTION NO. 02-3641 |

### **AMENDED NOTICE**

TAKE NOTICE that the above-captioned matter is scheduled for __**JURY TRIAL**__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on June 19, 2006, at <u>10:00 A.M.</u>, in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

_____
Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON ___3/6/06___ TO:  James I. Devine, Esquire
                                    Cathy A. Wilson, Esquire
                                    James P. Kilcoyne, Esquire
                                    Michael T. Taylor, Esquire