```
              IN THE UNITED STATES DISTRICT COURT

         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
|  | Date of Notice: |
| JOSEPH P. DIFELICE, JR. : | June 13, 2006 |
| vs. : |  |
| MICHAEL PICARIELLO : | CIVIL ACTION NO. 02-3641 |
| SARAH FOWLER |  |
| EAR, NOSE & THROAT ASSOC. |  |
| OF CHESTER COUNTY, INC. |  |
| CHESTER COUNTY HOSPITAL |  |

    TAKE NOTICE that the above-captioned matter is scheduled for a **SETTLEMENT CONFERENCE** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on <u>June 14, 2006</u>, at <u>10:15 A.M.</u>, in the Judge's Chambers, Room 15614.

    If trial counsel is on trial or otherwise engaged at the time of the scheduled conference, another attorney in such trial counsel's office should appear at the conference.

    THE CONFERENCE WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

                                                   Very truly yours,

                                                   Rosalind Burton-Hoop
                                                   Deputy Clerk to Judge Fullam

cc:  Michael T. Taylor, Esq.
     James P. Kilcoyne, Esq.
     James I. Devine, Esq.
     Cathy A. Wilson, Esq.