```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOSEPH P. DIFELICE, JR.            :      CIVIL ACTION

        vs.                        :

MICHAEL PICARIELLO, ET AL.         :      NO. 02-3641
```

### O R D E R

**AND NOW**, this  16th  day of June, 2006, it having been reported that the issues between **PLAINTIFF JOSEPH P. DIFELICE, JR.** and **DEFENDANTS MICHAEL PICARIELLO, SARAH FOWLER, EAR, NOSE & THROAT ASSOC. OF CHESTER COUNTY, INC., AND CHESTER COUNTY HOSPITAL** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs, as to the above named parties only.

```
ATTEST:                         or      BY THE COURT:


BY: /s/Rosalind Burton-Hoop
    Rosalind Burton-Hoop                 JOHN P. FULLAM, Sr. J.
       Deputy Clerk



COPIES BY MAIL ON    6/16/06      TO:  Cathy A. Wilson, Esquire
                                       James I. Devine, Esquire
                                       James P. Kilcoyne, Esquire
                                       Michael T. Taylor, Esquire


Civ 12 (7/95)
```